DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK DANIEL COSTAIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-2911

[October 12, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; James W. Midelis, Judge; L.T. Case No. 2016CF114A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***